UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DJ MCMILLAN,<br><br>    Defendant. | Case No. 21-CR-3004-LTS-KEM<br><br>**DEFENDANT'S MOTION REQUESTING A DETENTION HEARING** |

    The Defendant by and through his attorney, Timothy Herschberger, requests that a detention hearing be set pursuant to 18 U.S.C. § 3142 for purposes of determining whether the defendant can meet any condition or combination of conditions sufficient to allow the defendant's release pending trial.

    Respectfully submitted,

    FEDERAL DEFENDER'S OFFICE
    701 Pierce Street, Suite 400
    Sioux City, Iowa  51101
    Telephone:  712-252-4158
    E-mail:  Timothy_Herschberger@fd.org

    By:  /s/ Timothy Herschberger
    TIMOTHY HERSCHBERGER
    ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on June 7, 2021, I electronically filed this document with the Clerk of Court using the ECF system, which will serve notice of its filing to the appropriate AUSA.
    /s/ Geralynn Fjeldheim